UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 08-178M |
| | : | |
| v. | : | |
| | : | |
| **ALCIDES UMBERTO GUERRA-BAUTISTA, ET AL.** | : | |
| | : | |
| | : | |
| **Defendants.** | | |

## NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Angela George. This is a notice that Assistant United States Attorney, Frederic Gallun, Bar Number 462025, telephone number (202) 514-6997, is entering appearance as substitute counsel in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/ S /_____
ASSISTANT UNITED STATES ATTORNEY
FREDERIC GALLUN
Bar No. 462025
555 4th Street, N.W., Room 4122
Washington, DC 20530
(202) 514-6997

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2008, a copy of the foregoing Notice of Assignment and Substitution of Counsel electronically mailed to counsel for the defendant.

                                    / S /
                              FREDERIC GALLUN
                              Assistant United States Attorney

Case 1:08-mj-00178   Document 5   Filed 03/14/2008   Page 2 of 2