CRM 2008

08-M-178-03
Juan Ramon Portillo

**FILED**

MAR 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2008 FDC 005346   File Date 03/07/2008
UNITED STATES vs. JUAN RAMON PORTILLO
aka JUAN RAMON PORTILLO
PDID # 609355
Lock up number 70

L70

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  
No._____

TOT

Vs.

P.D.I.D. No. __609555__

__Juan R. Portillo__ (Defendant)

[✓] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __3/10/08__

### COMMITMENT/RELEASE

[✗] **NO BOND**

[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

Telephone No _____

DEFENDANT'S SIGNATURE: _____

DATE: __3/7/08__                    _____  
                                    JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

JDavis

CD-3026/Mar. 03

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ALCIDES U. GUERRA-BAUTISTA; LENIN M. ERAZO; JUAN R. PORTILLO

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-178-M-01
08-178-M-02
08-178-M-03

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 6, 2008</u> in, in the District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___.

I further state that I am __OFFICER FRANKLIN THEN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

X _____
Signature of Complainant
OFFICER FRANKLIN THEN
MPD-NARCOTICS SPECIAL
INVESTIGATIONS DIVISION

Sworn to before me and subscribed in my presence,

___MAR 07 2008___                    at      __Washington, D.C.__
Date                                                City and State

__JOHN M. FACCIOLA__                    __[signature]__
__U.S. MAGISTRATE JUDGE__
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTS

On March 6, 2008, A confidential informant (CI) made a deal to buy 2 kilos of powder cocaine from Defendant Erazo. The CI and an undercover officer (UC) with the Metropolitan Police Department went to the 5600 block of 2nd Street, NE, Washington, D.C. Defendant Portillo was in one car and defendants Bautista and Erazo were in a second vehicle. The defendants got into the UC's vehicle and talked about the drugs. Erazo told Bautista to go to the rear of the truck and bring the stuff. Bautista grabs a bag and hands it to Erazo. Erazo goes in the bag and hands one plastic bag to the UC.

The UC takes out smaller bags and places them on the center console. Erazo tells the UC its only a total of 1.5 kilograms. Erazo picks up the pouch with about $3,000 in it, and the UC gets out of the car. Arrest team moved in and placed the defendants under arrest. A search of defendant Portillo revealed a loaded .25 caliber pistol. A portion of the suspected cocaine field tested positive for cocaine and weighed approximately 1,300 grams.

_____
OFFICER FRANKLIN THEN
MPD-NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.

_____
U.S. MAGISTRATE JUDGE
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By: _____
Deputy Clerk

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 08-178-m-01 |
| v. | : | 08-178-m-02 |
| | | 08-178-m-03 |
| JUAN PORTILLO | : | Presentment |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. § 3141 et seq. Upon motion of the government the Court <u>shall</u> hold a detention hearing in cases that involve a controlled substance offense for which the maximum penalty is ten years or more. 18 U.S.C. § 3142(f)(1)(D). In the instant case the defendant is charged

with Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. § 841(a) an offense for which the maximum penalty is in excess of ten years. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. § 3142(f).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: /s/ Patricia Stewart
PATRICIA STEWART
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 7th day of March, 2008.

_____
Assistant United States Attorney

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ALCIDES U. GUERRA-BAUTISTA; LENIN M. ERAZO; JUAN R. PORTILLO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-178-M-01
08-178-M-02
08-178-M-03

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 6, 2008__ in, in the District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___.

I further state that I am ___OFFICER FRANKLIN THEN___, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

X _____
Signature of Complainant
OFFICER FRANKLIN THEN
MPD-NARCOTICS SPECIAL
INVESTIGATIONS DIVISION

Sworn to before me and subscribed in my presence,

MAR 07 2008                               at   __Washington, D.C.__
Date                                           City and State
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTS

On March 6, 2008, A confidential informant (CI) made a deal to buy 2 kilos of powder cocaine from Defendant Erazo. The CI and an undercover officer (UC) with the Metropolitan Police Department went to the 5600 block of 2nd Street, NE, Washington, D.C. Defendant Portillo was in one car and defendants Bautista and Erazo were in a second vehicle. The defendants got into the UC's vehicle and talked about the drugs. Erazo told Bautista to go to the rear of the truck and bring the stuff. Bautista grabs a bag and hands it to Erazo. Erazo goes in the bag and hands one plastic bag to the UC.

The UC takes out smaller bags and places them on the center console. Erazo tells the UC its only a total of 1.5 kilograms. Erazo picks up the pouch with about $3,000 in it, and the UC gets out of the car. Arrest team moved in and placed the defendants under arrest. A search of defendant Portillo revealed a loaded .25 caliber pistol. A portion of the suspected cocaine field tested positive for cocaine and weighed approximately 1,300 grams.

OFFICER FRANKLIN THEN
MPD-NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF MARCH, 2008.

U.S. MAGISTRATE JUDGE
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By_____
Deputy Clerk

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 08-178-M-01 |
| v. | : | 08-178-m-02 |
| | | 08-178-m-03 |
| JUAN PORTILLO | : | Presentment |

## MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. § 3141 et seq. Upon motion of the government the Court <u>shall</u> hold a detention hearing in cases that involve a controlled substance offense for which the maximum penalty is ten years or more. 18 U.S.C. § 3142(f)(1)(D). In the instant case the defendant is charged

with Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. § 841(a) an offense for which the maximum penalty is in excess of ten years. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. § 3142(f).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
PATRICIA STEWART
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 7th day of March, 2008.

_____
Assistant United States Attorney