UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 08-0178M |
| ALCIDES GUERRA-BAUTISTA, LENIN ERAZO, and JUAN PORTILLO | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record, please enter the appearance of Ron Earnest, as counsel of record for JUAN PORTILLO in the above captioned case.

Respectfully submitted,

By: _____/s/_____
Ron Earnest
District of Columbia Bar # 477305
8121 Georgia Avenue Suite 406
Washington, D.C.  20910
(301) 562-9255    Office
(240) 536-9194    Fax

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this _April 3, 2008.

\_\_\_/s/_____
RON EARNEST